# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

S.A.S. JEAN CASSEGRAIN and
LONGCHAMP USA, INC.,

Plaintiff,

-v-

S & J INTERNATIONAL, INC., GOLDEN
STELLA, INC., and JAY EUN, an individual,

Defendant.

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

S.A.S. JEAN CASSEGRAIN    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: July 1, 2015

Signature of Attorney

Attorney Bar Code: AP-9157

Form Rule7_1.pdf  SDNY Web 10/2007